```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
THEODORE HENDERSON, on behalf of        :
himself and those similarly situated,   :
                            Plaintiff,  :     09 Civ. 7328 (DLC)
                                        :
            -v-                         :     ORDER
                                        :
THE TRANSPORTATION GROUP, LTD, and      :
JOSEPH STEVERT,                         :
                            Defendants. :
                                        :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/10

DENISE COTE, District Judge:

Having resolved the motion in a telephone conference with the parties on March 5, 2010, it is hereby

ORDERED that the March 1 Motion to Seal Certain Exhibits (Docket No. 29) be terminated as moot.

SO ORDERED.

Dated:   New York, New York
         July 2, 2010

                                    _____
                                           DENISE COTE
                                    United States District Judge