USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/13/10

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
THEODORE HENDERSON, on behalf of     :
himself and those similarly situated,:
                        Plaintiff,   :   09 Civ. 7328 (DLC)
                                     :
          -v-                        :   ORDER
                                     :
THE TRANSPORTATION GROUP, LTD, and   :
JOSEPH STEUERT,                      :
                        Defendants.  :
                                     :
-------------------------------------X
```

DENISE COTE, District Judge:

A draft of the proposed notice of collective action is attached. It is hereby

ORDERED that the parties have until noon on July 14 to respond.

SO ORDERED.

Dated:   New York, New York
         July 13, 2010

　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　DENISE COTE
　　　　　　　　　　　　　United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THEODORE HENDERSON, on behalf of himself and those similarly situated,<br><br>          Plaintiff,<br><br>   - against -<br><br>THE TRANSPORTATION GROUP, LTD., and JOSEPH STEUERT,<br><br>          Defendants. | NOTICE OF PENDENCY OF LAWSUIT REGARDING WAGES<br><br>Case No. 09 Civ. 7328 (DLC) |

**IF YOU ARE OR WERE EMPLOYED AT THE TRANSPORTATION GROUP, LTD. (HEREINAFTER "TTG" OR "DEFENDANT") AS A FINANCIAL ANALYST AT ANY TIME SINCE AUGUST 20, 2006, PLEASE READ THIS NOTICE.**

A court authorized this Notice.

1.  NOTICE OF LAWSUIT

  A former financial analyst at TTG has sued TTG, claiming that it failed to compensate him for all of the hours that he worked overtime (meaning every hour after 40 hours per week). The lawsuit has been brought under a federal law known as the Fair Labor Standards Act and seeks, among other things, back wages for overtime work, liquidated damages that may double the amount of any back-pay that is recovered, interest, and attorneys' fees and costs.

  TTG denies that the plaintiff's lawsuit has any merit and has asserted various defenses against these claims.

2.  PURPOSE OF THIS NOTICE

  The purpose of this Notice is to advise you of the pendency of this lawsuit and of certain rights you may have with respect to this lawsuit. This Notice is not an expression by the Court of any opinion as to the merits of any claims or any defenses asserted by any party to this lawsuit.

3. YOUR RIGHT TO JOIN THIS LAWSUIT AS A PARTY PLAINTIFF

If you worked for TTG as a financial analyst at any time since August 20, 2006, you may join this lawsuit if you worked over 40 hours during at least one workweek and you were not paid overtime for every hour you worked in excess of 40 (meaning time and one half).

It is your right to join or choose not to join this lawsuit. If you decide to join this lawsuit, it is illegal for TTG to retaliate or take any adverse action or in any manner discriminate against you for participating in this lawsuit.

4. HOW TO PARTICIPATE IN THIS LAWSUIT

To join this lawsuit you must sign a "Consent to Join Lawsuit" form, which is enclosed with this Notice, and send it on or before **September 17, 2010** to:

> Clerk of Court
> U.S. District Court
> 500 Pearl Street
> New York, NY 10007

If you choose to join this lawsuit, you will be bound by the judgment entered in this lawsuit, whether it is favorable or unfavorable to the plaintiffs. If you join the lawsuit, you will need to give information and answer questions, and may be required to testify in court.

If you do not join this lawsuit, and intend instead to bring your own separate lawsuit, you should be aware that any action must be brought within the period of time provided under the law. Generally, the statute of limitations under the Fair Labor Standards Act is two or three years from the date of the violation.

5. YOUR LEGAL REPRESENTATIVE

If you choose to join this lawsuit, you will be represented by Jesse C. Rose at Valli Kane & Vagnini LLP. You will not have to pay their fees or any of the costs of this lawsuit. In the event that the plaintiffs win a favorable judgment, the law firm will apply to the Court for payment of its attorney's fees. If you retain your own attorney, you must pay that attorney's fees and expenses.

6. TO GET MORE INFORMATION

If you have any questions about this lawsuit and whether you should join this lawsuit, you may contact Jesse C. Rose, who can be reached at

> Jesse C. Rose
> Valli Kane & Vagnini
> 600 Old Country Road, Suite 519
> Garden City, NY 11530

        Telephone number:   (516) 203-7180
        E-mail:   jrose@vkvlawyers.com
        Facsimile number:   (516) 706-0248

**DO NOT CALL OR WRITE THE COURT OR THE CLERK'S OFFICE WITH QUESTIONS.**

Dated: Garden City, New York
       July 17, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THEODORE HENDERSON, on behalf of himself and those similarly situated,<br><br>         Plaintiff,<br><br>    - against -<br><br>THE TRANSPORTATION GROUP, LTD., and JOSEPH STEUERT,<br><br>         Defendants. | Case No. 09 Civ. 7328 (DLC)<br><br>**Consent to Join Lawsuit** |

**Complete and Mail by September 17, 2010 to:**

**Clerk of Court
U.S. District Court
500 Pearl Street
New York, NY 10007**

I hereby consent to join this lawsuit as a party plaintiff.

Name: _____

Address: _____

Telephone Number: _____

E-mail address: _____

Date: _____

Signature: _____