

## Valli Kane & Vagnini
### Attorneys at Law

---

600 Old Country Road  Tel: 516-203-7180
Suite 519  Fax: 516-706-0248
Garden City, NY 11530  www.vkvlawyers.com

July 22, 2010

**MEMO ENDORSED**

**VIA FEDEX**
The Hon. Judge Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street, Room 1040
New York, New York 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/10

Re: **Henderson v. the Transportation Group, Ltd et. al.**
**Index No.: 09-CV-7328 (DLC)**

Dear Judge Cote:

As Your Honor is aware, we represent Plaintiffs in the above referenced matter. We seek clarification regarding Your Honor's decision of the Conditional Certification motion. Specifically, Plaintiffs sought the email addresses and telephone numbers of all potential opt-in plaintiffs. Defendants failed to provide this information. When contacted, Defendants did not believe they were obligated to produce this information. As such, we write to request that such information be provided by Defendants as soon as possible so that notice can be facilitated through e-mail with confirmation of the receipt of such notice using the individuals' telephone numbers. If you have any questions relating to this request, we are available for a phone conference. Thank you in advance for your consideration of this issue.

Regards,

*Denise Cote*
July 23, 2010

Jesse C. Rose (JR-2409)

CC: Lauren Perlgut, Esq. (Via E-Mail)
David Januszewski, Esq. (Via E-Mail)