```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
THEODORE HENDERSON, on behalf of         :
himself and those similarly situated,    :
                                         :    09 Civ. 7328 (DLC)
                    Plaintiff,           :
                                         :         ORDER
         -v-                             :
                                         :
THE TRANSPORTATION GROUP, LTD., and      :
JOSEPH STEUERT,                          :
                                         :
                    Defendant.           :
                                         :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/26/2011

DENISE COTE, District Judge:

The Court has been advised that the parties in this FLSA action have reached a settlement. The FLSA requires that employers who violate the requirement that overtime wages be paid, pay not only the unpaid overtime compensation but also an additional equal amount as liquidated damages. In the event the settlement is for less than this amount, the settlement must be scrutinized by the Court to ensure that it is fair. Elliott v. Allstate Investigations, Inc., No. 07 Civ. 6078 (DLC), 2008 WL 728648 (S.D.N.Y. Mar. 19, 2008). Accordingly, it is hereby

ORDERED that the parties shall submit letters by May 9,

2011 addressing the issues described in <u>Elliott</u> and explaining why this settlement should be approved.

SO ORDERED:

Dated:   New York, New York
         April 26, 2011

                                       _____
                                              DENISE COTE
                                       United States District Judge